

ORDERED in the Southern District of Florida on October 31, 2023.

Robert A. Mark, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**In Re:**

**Jorge Luis Diaz Gonzalez**
**Diana Alfonso**  Case No. 23-17384-RAM
 Chapter 7
 **Debtors** /

### ORDER GRANTING CHAPTER 7 TRUSTEE'S AGREED
### *EX-PARTE* MOTION FOR AN EXTENSION OF TIME FOR
### TRUSTEE TO OBJECT TO THE DEBTORS' CLAIMED EXEMPTIONS

THIS MATTER came before the Court upon the Chapter 7 Trustee, Marcia T. Dunn's ("Trustee") *Agreed Ex-Parte Motion for an Extension of Time for Trustee to Object to the Debtors' Claimed Exemptions* (the "Motion") [DE 22]. The Court, having considered the record and reviewed the Motion, and acknowledging the agreement between the parties hereto to the relief requested therein, and for good cause shown, does hereby

Case No. 23-17384-RAM

**ORDER and ADJUDGE** that:

1. The Trustee's Motion is **GRANTED**.

2. The deadline for the Trustee to file any objections to the Debtors' claimed exemptions is extended through and including December 18, 2023.

3. This extension is without prejudice as to the Trustee and the Office of the United States Trustee seeking further extensions by agreement or otherwise.

#   #   #

**Submitted by:**

Marcia T. Dunn, Trustee
66 West Flagler Street
Suite 400
Miami, FL 33130
Telephone: (786) 433-3866
Facsimile: (786) 260-0269
mdunn@dunnlawpa.com

*(Marcia T. Dunn is directed to serve a conformed copy of this Order upon the Debtors, and to file a Certificate of Service with the Court).*